**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID GALICIA TLATELPA,**<br>**Petitioner,**<br>**v.**<br>**SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,**<br>**Respondents.** | **NO. 5:26-cv-03152-MCS-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody Under 28 U.S.C. § 2241 is GRANTED. Respondents shall immediately release David Galicia Tlatelpa (A# 246-058-939) under the same conditions that were in place before his detention on April 28, 2026, and return of all of his property, including all identification and immigration documentation. Respondents shall file a notice within three (3) days of the Court's order confirming Petitioner's release.

DATED: November 5, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE